MARY J. WESTERFIELD et al., Appellants, *v.* THOMAS ROGERS, Individually and as Trustee under the Will of JASON ROGERS, Deceased, et al., Respondents, Impleaded with Others.

(Submitted April 27, 1903; decided March 22, 1904.)

MOTION to amend remittitur. (See 174 N. Y. 230; 175 N. Y. 499.)

Motion granted and the clerk of the Supreme Court requested to return the remittitur in this action to this court to the end that the same may be amended so that the judgment of the Appellate Division shall be reversed, and the judgment entered on the report of the referee modified by inserting Schedule B of the referee's report, and as so modified affirmed.

---

THE GERMAN-AMERICAN BANK OF TONAWANDA, Appellant, *v.* CHRISTOPH SCHWINGER, Respondent.

*German-American Bank* v. *Schwinger,* 75 App. Div. 393, affirmed.
(Argued February 26, 1904; decided March 29, 1904.)

APPEAL from a judgment, entered October 8, 1902, upon an order, of the Appellate Division of the Supreme Court in the fourth judicial department overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant upon the verdict.

*Richard Crowley* for appellant.

*Nathaniel Norton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ. Absent: GRAY, J.